# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CHANGE IN NAME/CONTACT INFORMATION

Name, address, e-mail address, fax number, and phone number changes must be immediately reported to the Clerk's Office. You may fax this change of name/contact information form to (804) 916-2713. The fax number may be used only for that purpose. This form may be mailed to United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517, or may be filed electronically and thereby served on opposing counsel in your pending cases.

This form is used to update counsel's information in the Fourth Circuit's CM/ECF database. It does not update counsel's information in the district court's database or the judicial conference database and does not affect counsel's involvement in a case. A motion to withdraw or notice of withdrawal must be filed in any case in which counsel wishes to terminate participation.

**THE CLERK IS HEREBY NOTIFIED OF THE FOLLOWING CHANGE(S)**
**(PLEASE PRINT OR TYPE LEGIBLY)**

DATE EFFECTIVE: 03/01/14

CHANGE APPLIES TO:   ● (attorney/party only)
                    ○ (entire firm)

| PREVIOUS INFORMATION | NEW INFORMATION |
|---|---|
| Name: James R. Carroll | Name: James R. Carroll |
| Firm Name: Skadden, Arps, Slate, Meagher & Flom LLP | Firm Name: Skadden, Arps, Slate, Meagher & Flom LLP |
| Address:<br>One Beacon Street<br>Boston, Massachusetts 02108 | Address:<br>500 Boylston Street<br>Boston, Massachusetts 02116 |
| Phone #: (617) 573-4800 | Phone #: (617) 573-4800 |
| Fax #: (617) 573-4822 | Fax #: (617) 573-4822 |
| E-mail: james.carroll@skadden.com | E-mail: james.carroll@skadden.com |

| 02/26/14 | /s/ James R. Carroll |
|---|---|
| Date | Signature |

06/25/2012
JJQ